```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                         Case No. 20-30621-DM
RealtyShares, Inc.                                             Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0971-3      User: lparada              Page 1 of 1          Date Rcvd: Sep 16, 2020
                          Form ID: pdfeoc            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tract         Bachecki, Crom & Co., LLP,    CERTIFIED PUBLIC ACCOUNTANTS,   400 OYSTER POINT BLVD STE 106,
                 SOUTH SAN FRANCISCO
                                                                          TOTALS: 1, * 0, ## 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              Bachecki, Crom & Co., LLP    JCrom@bachcrom.com
              E. Lynn Schoenmann    tteeschoenmann@earthlink.net,  lschoenmann@ecf.axosfs.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
              Paul J. Pascuzzi    on behalf of Debtor   RealtyShares, Inc. ppascuzzi@ffwplaw.com,
               docket@ffwplaw.com
                                                                              TOTAL: 4
```

Entered on Docket
September 16, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  E. Lynn Schoenmann, Trustee
2  35 Miller Avenue, #298
   Mill Valley CA 94941
3  Telephone: (415) 569-4390
   Facsimile: (415) 362-0416
4  Email: lschoenmann@earthlink.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

REALTYSHARES, INC.,

Debtor(s).

Case No. 20-30621
Chapter 7

ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

E. LYNN SCHOENMANN ("Applicant"), the trustee herein, having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to prepare and file tax returns; to perform tax analysis; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to analyze as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval. The

court's Guidelines for Compensation and Reimbursement will apply. They are available at www.uscourts.gov.

      IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Jay D. Crom |
| 3 | jcrom@bachcrom.com<br>Bachecki, Crom & Co. LLP |
| 4 | 400 Oyster Point Boulevard, Suite 106<br>South San Francisco, CA 94080 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |