Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

[Proposed] Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

Signed and Filed: September 22, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.: 20-30621 DM |
|---|---|
| REALTYSHARES, INC. | Chapter 7 |
| Debtor. | **ORDER GRANTING APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL** |
| | [No Hearing Required] |

The Court has considered the *Application of the Chapter 7 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* (the "**Application**") filed by E. Lynn Schoenmann, Chapter 7 Trustee (the "**Trustee**"), and the Declaration of Kenneth H. Brown in support thereof filed on [Docket No. 19]. Based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") does not hold or represent any interest adverse to the estates in the matters on which it is to be employed, that PSZ&J is a disinterested person, that its employment is in the best interest of the estates, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Trustee is authorized to employ PSZ&J as its general bankruptcy counsel herein on all matters identified in the Application, on the terms and conditions set forth more fully in the Application, effective as of September 14, 2020. In particular, the employment

arrangement approved herein contemplates that, subject to Court approval of an appropriate fee application or applications by PSZ&J, the Trustee will compensate PSZ&J at its customary hourly rates in effect from time to time and reimburse PSZ&J for its expenses according to its customary reimbursement policies.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST