KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for RS LENDING, INC., NAVJOT ATHWAL
and EDWARD FORST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>REALTYSHARES, INC.,<br><br>    Debtor | Case No. 20-30621<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER ALLOWING PAYMENT BY INSURER OF DEFENSE COSTS**<br><br>Date:     December 3, 2020<br>Time:    9:00 a.m.<br>Dept.:   **Via Telephone or Video**<br>Judge:   Hon. Dennis Montali |

# NOTICE OF HEARING

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD IN THIS ACTION:**

PLEASE TAKE NOTICE that on December 3, 2020, at 9:00 am, or as soon thereafter as counsel may be heard, RS Lending, Inc., Navjot Athwal, and Edward Forst will and hereby do move this Court, under 11 U.S.C. § 362(d), for an order that (a) authorizes Lloyd's (the "Insurer") to advance defense costs—both outstanding and those yet to be incurred—to the Movants, who are covered under an insurance policy issued to RealtyShares, Inc. (the "Debtor"); and (b) partially lifts the automatic stay in these proceedings to allow the Insurer to make such payments.

This motion is based upon the points and authorities filed herewith, any oral argument that may be presented at the hearing, and the pleadings and exhibits on file with the Court.

This motion will *not* be conducted in Judge Montali's courtroom, but will instead be heard by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

Dated: November 19, 2020

KEKER, VAN NEST & PETERS LLP

By: */s/ R. Adam Lauridsen*
R. ADAM LAURIDSEN
ERIN E. MEYER
NICHOLAS D. MARAIS

Attorneys for RS LENDING, INC., NAVJOT ATHWAL and EDWARD FORST