KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for RS LENDING, INC., NAVJOT ATHWAL
and EDWARD FORST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 20-30621 |
| REALTYSHARES, INC., | Chapter 7 |
| Debtor | **CERTIFICATE OF SERVICE** |
| | Date: December 3, 2020<br>Time: 9:00 a.m.<br>Dept.: **Via Telephone or Video**<br>Judge: Hon. Dennis Montali |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 19, 2020, I served the following document(s):

> **NOTICE OF MOTION AND MOTION FOR ORDER ALLOWING PAYMENT BY INSURER OF DEFENSE COSTS**
>
> **DECLARATION OF R. ADAM LAURIDSEN IN SUPPORT OF MOTION FOR ORDER ALLOWING PAYMENT BY INSURER OF DEFENSE COSTS (with exhibits)**
>
> **RELIEF FROM STAY COVER SHEET**
>
> **NOTICE OF HEARING ON MOTION FOR ORDER ALLOWING PAYMENT BY INSURER OF DEFENSE COSTS**

☑ by **ELECTRONICALLY POSTING** to the ECF website of the United States Bankruptcy Court, Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter.

Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Kenneth H. Brown
Pachulski Stang Ziehl Young & Jones
150 California Street, 15th Floor
San Francisco, CA 94111

Executed on November 19, 2020, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Sandy Giminez*
Sandy Giminez