KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for RS LENDING, INC., NAVJOT ATHWAL
and EDWARD FORST

UNITED STATES BANKRUPTY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>REALTYSHARES, INC.,<br><br>        Debtor, | Case No. 20-30621<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION OF RS LENDING, INC., NAVJOT ATHWAL AND EDWARD FORST FOR RELIEF FROM STAY** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 3, 2020, I served the following document(s):

**ORDER GRANTING MOTION OF RS LENDING, INC., NAVJOT ATHWAL AND EDWARD FORST FOR RELIEF FROM STAY**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Paul J. Pascuzzi<br>Felderstein Fitzgerald Willoughby et al.<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>ppascuzzi@ffwplaw.com<br>docket@ffwplaw.com | E. Lynn Schoenmann<br>35 Miller Avenue, #298<br>Mill Valley, CA 94941-1903<br>tteeschoenmann@earthlink.net<br>lschoenmann@ecf.axosfs.com |
| Kenneth H. Brown<br>Miriam Manning<br>Pachulski Stang Ziehl Young & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>kbrown@pszjlaw.com<br>mmanning@pszjlaw.com<br>ocarpio@pszjlaw.com | Jay D. Crom<br>Bachecki, Crom and Co., LLP<br>400 Oyster Point Blvd., Suite 106<br>South San Francisco, CA 94080<br>JCrom@bachcrom.com |

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Executed on December 3, 2020, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Sandy Giminez*
Sandy Giminez

1
CERTIFICATE OF SERVICE

Case: 20-30621    Doc# 25    Filed: 12/03/20    Entered: 12/03/20 13:27:00    Page 2 of 2
Case No. 20-30621
1616072