Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>REALTYSHARES, INC.<br><br>Debtor. | Case No.: 20-30621<br><br>Chapter 7<br><br>**TRUSTEE'S STATEMENT OF NON-OPPOSITION TO RELIEF FROM STAY MOTION**<br><br>Hearing Date<br>Date: July 29, 2021<br>Time: 9:00 a.m.<br>Judge: Honorable Dennis Montali |

**TO: THE HONORABLE DENNIS MONTALI AND MOVANTS, JOHN JARVE and JOHN BUTTRICK:**

E. Lynn Schoenmann, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"), hereby submits this statement of non-opposition as to the *Notice of Motion and Motion for Order Allowing Payment by Insurer of Defense Costs* filed by JOHN JARVE and JOHN BUTTRICK [Docket No. 27] pursuant to which movants seek an order partially lifting the automatic stay and authorizing the Insurer, Lloyd's, to advance their defense costs related to a lawsuit pending in the United States District Court for the District of Massachusetts *Raudonis et al. v. John Jarve, et al.* assigned to Judge Patti B. Saris (case number 21-cv-10329-PBS). The Trustee has no opposition to entry of an order granting such relief.

| | | |
|---|---|---|
| Dated: July 8, 2021 | | PACHULSKI STANG ZIEHL & JONE LLP |
| | By | */s/ Miriam Manning* |
| | | Miriam Manning |
| | | Attorney for E. Lynn Shoenmann, Chapter 7 Trustee |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On **July 8, 2021**, I caused to be served the following documents in the manner stated below:

- **TRUSTEE'S STATEMENT OF NON-OPPOSITION TO RELIEF FROM STAY MOTION**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **July 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>• Bachecki, Crom & Co., LLP  JCrom@bachcrom.com<br>• Kenneth H. Brown  kbrown@pszjlaw.com, ocarpio@pszjlaw.com<br>• R. Adam Lauridsen  alauridsen@kvn.com, efiling@kvn.com<br>• Miriam Manning  mmanning@pszjlaw.com, ocarpio@pszjlaw.com<br>• Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov<br>• Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, docket@ffwplaw.com<br>• E. Lynn Schoenmann  tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>R. Adam Lauridsen<br>Erin E. Meyer<br>Nicholas D. Marais<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Email:  alauridsen@keker.com<br>           emeyer@keker.com<br>           nmarais@keker.com<br><br>*Attorneys for John Jarve and John Buttrick* |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **July 8, 2021** at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant