Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>REALTYSHARES, INC.<br><br>Debtor. | Case No.: 20-30621<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>[No Hearing Required] |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On September 22, 2021, I caused to be served the following documents in the manner stated below:

- **SUPPLEMENTAL DECLARATION OF LOREN KIEVE IN SUPPORT OF TRUSTEE'S APPLICATION FOR ORDER APPROVING EMPLOYMENT OF KIEVE LAW OFFICES AS SPECIAL LITIGATION COUNSEL**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY US MAIL) On _____, I caused to be served the above-described document by U.S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) On **September 22, 2021**, I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br>• Office of the U.S. Trustee / SF [Email: USTPRegion17.SF.ECF@usdoj.gov] |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 22, 2021 at San Francisco, California.

                                                */s/ Oliver Carpio*
                                                Legal Assistant

**SERVED VIA ECF/NEF**

- Bachecki, Crom & Co., LLP    JCrom@bachcrom.com
- Kenneth H. Brown    kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- R. Adam Lauridsen    alauridsen@keker.com, efiling@kvn.com
- Miriam Manning    mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- E. Lynn Schoenmann    tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.Com