Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

Signed and Filed: September 23, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>REALTYSHARES, INC.<br><br>Debtor. | Case No.: 20-30621<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY KIEVE LAW OFFICES AS SPECIAL LITIGATION COUNSEL**<br><br>[No Hearing Required] |

The Court has considered the *Application of the Chapter 7 Trustee for Order Approving Employment of Kieve Law Offices as Special Litigation Counsel* [Docket No. 34] (the "**Application**") filed by E. Lynn Schoenmann, Chapter 7 Trustee (the "**Trustee**"), the Declaration of Loren Kieve filed on September 13, 2021 and the supplemental Declaration of Loren Kieve filed on September 21, 2021 along with the revised Agreement which addressed the issues raised by the Court at the September 17, 2021 hearing on the Application. Based upon the record before the Court, it appears that the Kieve Law Offices (the "**Firm**") does not hold or represent any interest adverse to the estate in the matters on which it is be employed, that the Firm is disinterested, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to 11 U.S.C. §327(a) and 328(a), the Trustee is authorized to employ the Firm as her special litigation counsel on a contingency fee basis for all matters identified in the Application.

3. To the extent the Firm seeks compensation on an hourly basis, the Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in compliance with the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court, and shall make reasonable efforts to comply with the guidelines promulgated by the United States Trustee in this District.

4. The terms and conditions of the employment of the Firm are more fully set forth in the Application, the supporting declarations of Loren Kieve, and in the revised *Agreement* which was attached to the supplemental Declaration filed on September 21, 2021 as Exhibit A.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
San Francisco, California