Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

*Counsel for E. Lynn Schoenmann,*
*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>REALTYSHARES, INC.<br><br>Debtor. | Case No.: 20-30621<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT**, Pachulski Stang Ziehl & Jones LLP, counsel for E. Lynn Schoenmann, Chapter 7 Trustee, hereby gives notice that the firm's address has changed to:

PACHULSKI STANG ZIEHL & JONES LLP
**One Sansome Street, 34th Floor, Suite 3430**
**San Francisco, CA 94104-4436**
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

Dated: October 17, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Miriam Manning*
Kenneth H. Brown
Miriam Manning

*Counsel for E. Lynn Schoenmann, Chapter 7 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:106827.2 77365/001

Case: 20-30621    Doc# 43    Filed: 10/17/22    Entered: 10/17/22 15:33:48    Page 1 of 1