Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
            mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 20-30621 |
| REALTYSHARES, INC. | Chapter 7 |
| Debtor. | **FINAL APPLICATION FOR COMPENSATION BY PACHULSKI STANG ZIEHL & JONES LLP** |

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the chapter 7 trustee E. Lynn Schoenmann ("Trustee"), hereby submits this Application pursuant to Guideline 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustee's adopted by the United States Bankruptcy Court for the Northern District of California.

| | | |
|---|---|---|
| 1. | Date of Filing of Case: | July 31, 2020 |
| 2. | Name of Trustee: | E. Lynn Schoenmann |
| 3. | Total Receipts of Trustee: | $22,625,69 |
| 4. | Present Balance on Hand: | $22,074.08 |
| 5. | Date of Appointment of Applicant: | September 22, 2020, effective September 14, 2020 |
| 6. | Time Period of Application: | From September 14, 2020 to November 30, 2022 |
| 7. | Hourly Rate of Professional: | $995 - $1,395 Kenneth Brown |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

$795 - $925 Miriam Manning

8. Total Hours in this Application: 91.4

9. Total Fees Requested: $ 82.05 x 91.4 Hours = $7,500[1]

10. Amount Included for Anticipated Appearance at Hearing on Application: $0[2]

11. Total Costs Requested this Application: $0[3]

12. Total Fees and Cost Requested: $7,500[4]

13. Brief Description of Service:

The Debtor owned and operated an online investment platform for real estate crowd funding services. The nature of the Debtor's business is set forth in more detail in the Amended Complaint (Docket No. 32 in Adversary Proceeding No. 21-3066). Prior to the bankruptcy filing, a third party acquired the assets and operations of the Debtor in a multi-pronged transaction and assumed the Debtor's obligations to manage the investments and make distributions to the noteholders.

PSZJ was retained by the Trustee to investigate the pre-petition transfers, the avoidably of the liens of the secured creditor, beaches of duty by Debtor's management, the ability to recover on D&O insurance, the Debtor's rights to recover intercompany receivables from its subsidiaries, whether any of the agreements for the management of the investments were executory and other potential claims that the estate could monetize. PSZJ analyzed these claims and related defenses, conferred with the Trustee, her accountant and special counsel with respect to them and assisted the Trustee in retaining special counsel to pursue the claims on the intercompany receivables. In connection with this work, PSZJ obtained and analyzed the Debtor's business records including the agreements for the sale and licensing of the Debtor's intellectual property and its management of investments on behalf of noteholders, obtained and analyzed pleadings in the securities class action filed against the Debtor and its management in Massachusetts, conferred with counsel for the

---

[1] Imputed hourly rates are based on the reduced fee request. See footnote no. 4.
[2] In light of the limited cash on hand, PSZJ will not seek reimbursement of its fees for attending the hearing.
[3] PSZJ has incurred $602.18 in expenses as identified in Exhibit A but in light of the limited cash on hand, PSZJ is not seeking reimbursement of its expenses.
[4] As evidenced by Exhibit A, PSZJ has incurred more than $95,000 in legal fees representing the Trustee in this case but due to the estate's administrative insolvency, it seeks only $7,500 in fees by way of this Application.

officers and directors and the Debtor and analyzed potential legal theories for asserting claims on behalf of the estate. Ultimately, other than the claims on the intercompany receivables, the claims were determined to either lack merit or sufficient value and were not pursued. The estate is therefore administratively insolvent.

A detailed billing statement including costs is attached hereto as **Exhibit A**. The order approving PSZJ retention as counsel to the Trustee is attached hereto as **Exhibit B**.

Dated:    February 27, 2023          PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Miriam Manning*
_____
        Miriam Manning
        Attorney for E. Lynn Schoenmann,
        Chapter 7 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:108520.3 77715/001

# Pachulski Stang Ziehl & Jones LLP

One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104

|  |  |
|---|---|
| | February 22, 2023 |
| E. Lynn Schoenmann | Invoice 131817 |
| | Client 77355 |
| | Matter 00001 |
| | **KHB** |

RE: RealtyShares Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/22/2023

| | |
|---|---|
| FEES | $96,419.50 |
| EXPENSES | $602.18 |
| **TOTAL CURRENT CHARGES** | **$97,021.68** |
| **BALANCE FORWARD** | **$96,004.18** |
| **A/R Adjustments** | **-$96,004.18** |
| **TOTAL BALANCE DUE** | **$97,021.68** |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355   -00001

Page:     2
Invoice 131817
February 22, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| KHB | Brown, Kenneth H. | Partner | 995.00 | 40.00 | $39,800.00 |
| KHB | Brown, Kenneth H. | Partner | 1225.00 | 25.20 | $30,870.00 |
| KHB | Brown, Kenneth H. | Partner | 1395.00 | 7.10 | $9,904.50 |
| LAF | Forrester, Leslie A. | Other | 450.00 | 0.50 | $225.00 |
| MBL | Litvak, Maxim B. | Partner | 950.00 | 0.30 | $285.00 |
| MPK | Manning , Miriam | Counsel | 795.00 | 5.50 | $4,372.50 |
| MPK | Manning , Miriam | Counsel | 850.00 | 11.70 | $9,945.00 |
| MPK | Manning , Miriam | Counsel | 925.00 | 1.10 | $1,017.50 |
| | | | | 91.40 | $96,419.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355   - 00001

Page:     3
Invoice 131817
February 22, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 48.60 | $51,133.00 |
| AD | Asset Disposition [B130] | 0.60 | $735.00 |
| BL | Bankruptcy Litigation [L430] | 11.80 | $15,616.00 |
| CA | Case Administration [B110] | 3.30 | $3,090.50 |
| EC | Executory Contracts [B185] | 4.00 | $3,980.00 |
| EMP | Employment of Professionals | 15.60 | $14,899.00 |
| FE | Fee/Employment Application | 2.80 | $2,529.00 |
| LN | Litigation (Non-Bankruptcy) | 0.40 | $490.00 |
| RFS | Relief from Stay | 4.30 | $3,947.00 |
| | | 91.40 | $96,419.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:     4
Invoice 131817
February 22, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Conference Call [E105] | $21.94 |
| Lexis/Nexis- Legal Research [E | $38.14 |
| Pacer - Court Research | $44.10 |
| Postage [E108] | $6.50 |
| Reproduction/ Scan Copy | $53.50 |
| Research [E106] | $438.00 |
| | $602.18 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355   -00001

Page:     5
Invoice 131817
February 22, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/07/2020 | KHB | AA | Review transaction docs. | 1.20 | 995.00 | $1,194.00 |
| 08/13/2020 | KHB | AA | Review and respond to emails from Lynn Schoenmann re options as executory contracts, review transaction document (1.3); call with Lynn Schoenmann and Jay Crom re monetizing assets of estate (1.2) | 2.50 | 995.00 | $2,487.50 |
| 08/14/2020 | KHB | AA | Interviews with debtor's mgm and confer with Lynn Schoenmann re same. | 1.70 | 995.00 | $1,691.50 |
| 08/31/2020 | KHB | AA | Confer with Lynn Schoenmann re estate claims. | 1.00 | 995.00 | $995.00 |
| 09/17/2020 | KHB | AA | Analyze potential fraudulent transfer claim and email to Trustee and Jay Crom re same. | 1.00 | 995.00 | $995.00 |
| 09/18/2020 | KHB | AA | Review asset purchase agreement and loan documents re potential fraudulent transfer actions and monetization for subsidiaries (2.8); emails from Jay Crom re same (.4). | 3.20 | 995.00 | $3,184.00 |
| 09/22/2020 | KHB | AA | Confer with Trustee and Jay Crom re strategies for monetizing value of subsidiaries (.6); email with Paul Pascuzzi re same (.1). | 0.70 | 995.00 | $696.50 |
| 09/24/2020 | KHB | AA | Analyzise pre petition agreements for sale and licensing of IP and management of subsidiaries re potential monetization of subsidiaries (3.2); confer with Jay Crom and Paul Pazcuzzi re same (.5); emails with Jay Crom and Trustee re substantive consolidation issues (.4). | 4.10 | 995.00 | $4,079.50 |
| 10/16/2020 | KHB | AA | Emails with Jay Crom and Lynn Schoenmann re monetizing estate assets. | 0.50 | 995.00 | $497.50 |
| 10/26/2020 | KHB | AA | Review email from counsel for RS Pref re proposed settlement agreement and attachments (.5); emails to Trustee and Jay Crom re same after review of loan and security agreement (.7). | 1.20 | 995.00 | $1,194.00 |
| 10/27/2020 | KHB | AA | Confer with Trustee re proposed settlement with subsidiary. | 0.20 | 995.00 | $199.00 |
| 10/28/2020 | KHB | AA | Confer with Jay Crom and Trustee re proposed settlement with RS Perf, LLC and potential for monetizing Subsidiaries (.5); work on discovery request re same IIRR (.7). | 1.20 | 995.00 | $1,194.00 |
| 10/29/2020 | KHB | AA | Email to IIRR counsel Jeff Holtzman re document request concerning subsidiaries. | 0.20 | 995.00 | $199.00 |

Pachulski Stang Ziehl & Jones LLP  
Schoenmann, E. Lynn (RealtySha  
77355   - 00001

Page:     6  
Invoice 131817  
February 22, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2020 | KHB | AA | Conference call with counsel for Invest Detroit LLC and IIRR re proposed settlement and obtaining funds for the estate (1.2); prepare for call and emails with Jay Crom re same (.4). | 1.60 | 995.00 | $1,592.00 |
| 11/06/2020 | KHB | AA | Emails with PJ re UCC search, review UCC filings and analyze perfection issues with respect to IIRR/TriplePoint security interest (1.2); emails with Trustee re same (.3); emails with Debtor's counsel and IIRR re obtaining Perfection Certificate (.2). | 1.70 | 995.00 | $1,691.50 |
| 11/07/2020 | MBL | AA | Emails with K. Brown re UCC lien issues; review loan and security agreement. | 0.30 | 950.00 | $285.00 |
| 11/08/2020 | KHB | AA | Emails to Trustee re breach of duty claims under Delaware law. | 1.00 | 995.00 | $995.00 |
| 11/09/2020 | KHB | AA | Emails with Debtor's counsel re obtaining documents (.2); emails with class action counsel re class action complaint (.2); review class action complaint (1.0); emails from Trustee and J. Crom re breach of duty claims (.2). | 1.60 | 995.00 | $1,592.00 |
| 11/09/2020 | MPK | AA | Review docket and compute statutory deadlines. | 0.30 | 795.00 | $238.50 |
| 11/10/2020 | KHB | AA | Confer with Trustee and T. Meade re breach of duty claims. | 0.60 | 995.00 | $597.00 |
| 11/11/2020 | KHB | AA | Review pleadings in class action re potential breach of duty claims by the estate (1.3); email from potential contingency fee counsel for estate re same (.1). | 1.40 | 995.00 | $1,393.00 |
| 11/12/2020 | KHB | AA | Emails with R. Siegal re IIRR settlement (.1); emails with IIRR counsel re document production (.2). | 0.30 | 995.00 | $298.50 |
| 11/16/2020 | KHB | AA | Confer with Adam Lauridsen former counsel to debtor re estate's potential claims and status of securities fraud litigation (.3); emails from counsel for IIRR re refusal to pay settlement funds to estate (.3); emails with J. Crom and Lynn Schoenmann re same and obtaining documents (.2). | 0.80 | 995.00 | $796.00 |
| 11/17/2020 | KHB | AA | Confer with T. Meade and Trustee re estate claims against D's and O's. | 0.20 | 995.00 | $199.00 |
| 11/20/2020 | KHB | AA | Emails with A. Read and Blair Will re IIRR settlement and potential payment to estate. | 0.40 | 995.00 | $398.00 |
| 12/01/2020 | LAF | AA | Legal research re: FRCP 41. | 0.50 | 450.00 | $225.00 |
| 12/10/2020 | KHB | AA | Review memo from Jay Crom on potential estate | 0.70 | 995.00 | $696.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:     7
Invoice 131817
February 22, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | claims against subsidiaries based on intercompany receivables (.5); emails with M. Manning re documents request follow up to IIRR (.2.) |  |  |  |
| 12/14/2020 | KHB | AA | Emails with Jay Crom re additional documents from IIRR and demand on subsidiaries for amounts owed to debtor. | 0.20 | 995.00 | $199.00 |
| 12/21/2020 | KHB | AA | Analyze estate claims against subsidiaries based on intercompany debt. | 0.40 | 995.00 | $398.00 |
| 12/22/2020 | KHB | AA | Review report from Jay Crom re intercompany claims against subsidiaries and evaluate potential claims and defenses. | 3.00 | 995.00 | $2,985.00 |
| 12/28/2020 | KHB | AA | Confer with Trustee and Jay Crom re intercompany claims against subsidiaries. | 1.00 | 995.00 | $995.00 |
| 01/05/2021 | KHB | AA | Prepare demand letter to IIRR re intercompany receivables and review financial records and claims register and claims re same. | 2.00 | 1225.00 | $2,450.00 |
| 01/08/2021 | KHB | AA | Review and respond to emails from Trustee and Jay Crom amounts owed to debtor by subsidiaries and demand letter re same. | 0.70 | 1225.00 | $857.50 |
| 01/11/2021 | KHB | AA | Work on demand to IIRR re intercompany claims against subsidiaries. | 0.60 | 1225.00 | $735.00 |
| 01/15/2021 | KHB | AA | Telephone call with counsel for Forst re value and basis of claim (.2); email with Trustee re same and re IIRR demand letter (.2). | 0.40 | 1225.00 | $490.00 |
| 01/18/2021 | KHB | AA | Work on demand letter to IIRR. | 0.40 | 1225.00 | $490.00 |
| 01/19/2021 | KHB | AA | Finalize IIRR demand letter. | 0.20 | 1225.00 | $245.00 |
| 01/29/2021 | KHB | AA | Emails with Trustee re claims against IIRR. | 0.20 | 1225.00 | $245.00 |
| 02/05/2021 | KHB | AA | Confer with L. Schoenmann re estate's claims against subsidiaries based on intercompany debt. | 0.40 | 1225.00 | $490.00 |
| 02/09/2021 | KHB | AA | Confer with Trustee re claims against subsidiaries and emails re same. | 0.70 | 1225.00 | $857.50 |
| 03/04/2021 | KHB | AA | Emails from Tyler Meade re claims against subsidiaries (.1); emails with Jay Crom and Trustee re Rule 2004 application re same (.2). | 0.30 | 1225.00 | $367.50 |
| 03/08/2021 | KHB | AA | Emails from Jay Crom and Trustee re estate's claims against subsidiaries. | 0.30 | 1225.00 | $367.50 |
| 03/08/2021 | MPK | AA | Review emails from Jay Crom and trustee regarding claims and recovery. | 0.20 | 850.00 | $170.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355   -00001

Page:     8
Invoice 131817
February 22, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/09/2021 | KHB | AA | Emails with Jay Crom and Lynn Schoenmann re evaluation estate claims against Ds and Os and subsidiaries and insurance coverage issues. | 1.30 | 1225.00 | $1,592.50 |
| 03/10/2021 | KHB | AA | Confer with Trustee re potential claims against subsidiaries. | 0.20 | 1225.00 | $245.00 |
| 04/06/2021 | KHB | AA | Emails with Trustee and Jay Crom re claims against subsidiaries (.3); email from Paul Pascuzzi re same (.2). | 0.50 | 1225.00 | $612.50 |
| 04/07/2021 | KHB | AA | Email with Trustee and Jay Crom re claims against subsidiaries. | 0.20 | 1225.00 | $245.00 |
| 04/08/2021 | KHB | AA | Analyze recent authorities re recharacterization and prepare email to trustee re same. | 0.70 | 1225.00 | $857.50 |
| 04/09/2021 | KHB | AA | Telephone call with Trustee, Jay Crom and potential contingency fee counsel re recovery of receivables from subs (.9); locate and emails documents re same (.4); Prepare for call (.5). | 1.80 | 1225.00 | $2,205.00 |
| 04/20/2021 | KHB | AA | Emails with potential contingency fee counsel re complaint (.2); confer with Trustee re same (.1). | 0.30 | 1225.00 | $367.50 |
| 05/14/2021 | KHB | AA | Call with J. Crom, L. Schoenmann and L. Kieve reclaims against subsidiaries for amounts owed. | 0.80 | 1225.00 | $980.00 |
| 05/21/2021 | KHB | AA | Confer with L. Schoenmann re contingency fee contract with special counsel (.5); emails with J. Crom and  L. Schoenmann re same (.3). | 0.80 | 1225.00 | $980.00 |
| 05/24/2021 | KHB | AA | Emails with Jay Crom and L. Kieve re retention of special counsel to prosecute intercompany claims. | 0.20 | 1225.00 | $245.00 |
| 07/20/2021 | KHB | AA | Telephone call with Mike Schoenberger re RS Lending claims in New Jersey (.3); emails with Trustee re same (.2). | 0.50 | 1225.00 | $612.50 |
| 12/16/2021 | KHB | AA | Emails with M Schonberg re RS Lending foreclosure action. | 0.20 | 1225.00 | $245.00 |
| | | | | 48.60 | | $51,133.00 |

## Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/10/2021 | KHB | AD | Review notices from New Jersey action re RE Lending and emails with Trustee re same. | 0.60 | 1225.00 | $735.00 |
| | | | | 0.60 | | $735.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:      9
Invoice 131817
February 22, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| 10/28/2020 | KHB | BL | Telephone call with counsel for class plaintiffs in Massachusetts securities litigation re inquiry on ch 7 case status. | 0.20 | 995.00 | $199.00 |
| 11/30/2021 | KHB | BL | Work on complaint to recover intercompany debt and emails with special counsel and trustee re same. | 2.30 | 1225.00 | $2,817.50 |
| 12/01/2021 | KHB | BL | Email to Special Counsel and Trustee re proposed complaint. | 0.30 | 1225.00 | $367.50 |
| 12/02/2021 | KHB | BL | Emails with L. Kieve re complaint to recover intercompany receivables. | 0.30 | 1225.00 | $367.50 |
| 12/03/2021 | KHB | BL | Review draft complaint and emails from Trustee re same. | 0.50 | 1225.00 | $612.50 |
| 12/04/2021 | KHB | BL | Emails to Special Counsel and Trustee re successor liability issues. | 1.10 | 1225.00 | $1,347.50 |
| 02/03/2022 | KHB | BL | Emails with L Kieve re arbitration and motion and dismiss. | 0.30 | 1395.00 | $418.50 |
| 03/18/2022 | KHB | BL | Emails with J. Crom and L. Kieve re results of hearing on MTD  and standing issues. | 0.80 | 1395.00 | $1,116.00 |
| 03/19/2022 | KHB | BL | Confer J. Crom and L. Kieve re amended complaint. | 0.40 | 1395.00 | $558.00 |
| 03/23/2022 | KHB | BL | Listen to recording of hearing on MTD (.8); analyze authorities re trustee standing and emails to L. Kieve and L. Schoenmann (1.6). | 2.40 | 1395.00 | $3,348.00 |
| 04/21/2022 | KHB | BL | Review and comment on amended complaint (.7); emails with J. Crom and L. Kieve re same (.4). | 1.10 | 1395.00 | $1,534.50 |
| 09/16/2022 | KHB | BL | Emails with L. Kieve re opposition to MTD. | 1.00 | 1395.00 | $1,395.00 |
| 10/07/2022 | KHB | BL | Attend hearing on motion to dismiss claims against IIRR (.5); emails with L. Kiev  and J. Crom re next steps against judgment debtor subsidiaries (.3). | 0.80 | 1395.00 | $1,116.00 |
| 10/11/2022 | KHB | BL | Confer with L. Kiev, J. Crom and trustee re enforcement of judgment against subsidiaries. | 0.30 | 1395.00 | $418.50 |
|  |  |  |  | **11.80** |  | **$15,616.00** |

### Case Administration [B110]

| 09/01/2020 | KHB | CA | Emails with Jay Crom and Lynn Schoenmann re potential estate claims and questions for 341 meeting. | 0.40 | 995.00 | $398.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355   -00001

Page:    10
Invoice 131817
February 22, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2020 | MPK | CA | Review schedules in preparation of call re case strategies (.2); conference call with Trustee, Jay Crom and Ken B regarding sale strategies (.5) | 0.70 | 795.00 | $556.50 |
| 12/14/2020 | MPK | CA | Review files regarding case status, discovery (1.2); email to Jay Crom regarding case status and discovery (.1) | 1.30 | 795.00 | $1,033.50 |
| 01/15/2021 | KHB | CA | Emails with SEC counsel re case status and SEC inquiries (.4); telephone calls with SEC counsel re same (.3); emails with Trustee re same (.2). | 0.90 | 1225.00 | $1,102.50 |
| | | | | 3.30 | | $3,090.50 |

### Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/28/2020 | KHB | EC | Review prepetition contracts to determine executory nature and legal authorities re impact of rejection. | 2.70 | 995.00 | $2,686.50 |
| 09/29/2020 | KHB | EC | Consider assumption rejection issues relating to management agreement and review agreement for remaining obligations of debtor. | 1.30 | 995.00 | $1,293.50 |
| | | | | 4.00 | | $3,980.00 |

### Employment of Professionals

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2020 | MPK | EMP | Review guidelines and files regarding notice of fees. | 0.20 | 795.00 | $159.00 |
| 08/30/2021 | KHB | EMP | Work fee agreement for special counsel and emails with Trustee and Jay Crom re same. | 0.60 | 1225.00 | $735.00 |
| 08/30/2021 | MPK | EMP | Draft application; decl and order for Kieve Law Offices as special counsel. | 0.70 | 850.00 | $595.00 |
| 08/31/2021 | KHB | EMP | Work on retention agreement for special counsel (.8); emails with J. Crom and Trustee re same (.2). | 1.00 | 1225.00 | $1,225.00 |
| 09/08/2021 | MPK | EMP | Draft employment declaration of Loren Kieve (1.5); emails with K. Brown and Trustee re same (.2); email to Loren Kieve re disclosure requirements (.4) | 2.10 | 850.00 | $1,785.00 |
| 09/09/2021 | KHB | EMP | Work on Special Counsel employment app. | 0.70 | 1225.00 | $857.50 |
| 09/09/2021 | MPK | EMP | Emails with K. Brown and Loren K regarding retention and revisions to declaration (.4); review revised declaration and retention agreement (.4); draft retention application and order (.6) | 1.40 | 850.00 | $1,190.00 |
| 09/10/2021 | MPK | EMP | Revise retention agreement and conform all employment pleadings (.4); email to special counsel and Trustee re same (.4); emails with special counsel | 1.00 | 850.00 | $850.00 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:    11
Invoice 131817
February 22, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | regarding signatures and related issues (.2) |  |  |  |
| 09/13/2021 | MPK | EMP | Emails with K. Brown and Loren Kieve regarding retention issues, terms (.7); emails with Loren Kieve and staff regarding service recipients (.2) | 0.90 | 850.00 | $765.00 |
| 09/15/2021 | KHB | EMP | Emails from court, M. Manning, trustee and special counsel re courts request for appearance on employment app. | 0.20 | 1225.00 | $245.00 |
| 09/15/2021 | MPK | EMP | Emails to court and proposed counsel regarding hearing on employment application. | 0.10 | 850.00 | $85.00 |
| 09/16/2021 | KHB | EMP | Review emails, claims register  and documents re hearing on employment application for special counsel. | 0.80 | 1225.00 | $980.00 |
| 09/17/2021 | KHB | EMP | Attend hearing on employment application of special counsel (.5); revise fee agreement (.6). | 1.10 | 1225.00 | $1,347.50 |
| 09/17/2021 | MPK | EMP | Calculate waterfall and email to Ken B re same (.5); review files and priority and GUCs to calculate waterfall (.3); call with K. Brown regarding hearing and revisions to retention agreement (.1); revise retention agreement (1.6) | 2.50 | 850.00 | $2,125.00 |
| 09/17/2021 | MPK | EMP | Attend hearing on Kieve employment application (.5) (NO CHARGE) | 0.50 | 850.00 | $425.00 |
| 09/20/2021 | MPK | EMP | Review revisions to employment agreement and circulate to proposed counsel and trustee. | 0.30 | 850.00 | $255.00 |
| 09/21/2021 | MPK | EMP | Review further revisions to Agreement and emails to Ken Brown and Trustee regarding same (.4); draft supplemental declaration of Loren Kieve (.5); draft order (.2); emails to Loren Kieve and K. Brown re supplemental declaration (.4) | 1.50 | 850.00 | $1,275.00 |
|  |  |  |  | 15.60 |  | $14,899.00 |

## Fee/Employment Application

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/02/2020 | KHB | FE | Emails with Trustee and Jay Crom re employment app and asset purchase agreement confidentiality provisions. | 0.40 | 995.00 | $398.00 |
| 09/17/2020 | MPK | FE | Prepare application, declaration and order for new matter, RealtyShares, Inc. | 0.40 | 795.00 | $318.00 |
| 09/18/2020 | KHB | FE | Work on employment application. | 0.40 | 995.00 | $398.00 |
| 09/18/2020 | MPK | FE | Emails with Ken B and Lynn S regarding employment application (.1); finalize same (.2) | 0.30 | 795.00 | $238.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:    12
Invoice 131817
February 22, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/21/2020 | MPK | FE | Finalize application and review exhibits to KBH declaration in preparation for filing (.2) | 0.20 | 795.00 | $159.00 |
| 02/07/2023 | MPK | FE | Email to Jay Crom and Trustee regarding status of orders on fee applications. | 0.10 | 925.00 | $92.50 |
| 02/08/2023 | MPK | FE | Review ND rules re short form fee applications and review same. | 0.20 | 925.00 | $185.00 |
| 02/09/2023 | MPK | FE | Work on short form fee application (.4); email to Jay Crom re same (.1) | 0.50 | 925.00 | $462.50 |
| 02/22/2023 | MPK | FE | Revise fee application and email to Ken Brown re same (.2); review bills in Realtyshares (.1) (NO CHARGE). | 0.30 | 925.00 | $277.50 |
|  |  |  |  | **2.80** |  | **$2,529.00** |

### Litigation (Non-Bankruptcy)

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/19/2021 | KHB | LN | Telephone call with counsel for D's and O's in class action re insurance and relief from stay issues. | 0.20 | 1225.00 | $245.00 |
| 10/05/2021 | KHB | LN | Emails with plaintiff's counsel in securities litigation class action re status of chapter 7 case. | 0.20 | 1225.00 | $245.00 |
|  |  |  |  | **0.40** |  | **$490.00** |

### Relief from Stay

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2020 | MPK | RFS | Email to Ken B regarding local rules related to RFS matter. | 0.20 | 795.00 | $159.00 |
| 11/25/2020 | MPK | RFS | Prepare statement of non-opposition to RFS motion involving insurance defense costs. | 0.20 | 795.00 | $159.00 |
| 11/30/2020 | MPK | RFS | Email to Jay C. regarding insurance issues. | 0.20 | 795.00 | $159.00 |
| 12/02/2020 | KHB | RFS | Confer with N. Marias re stay relief motion and obtaining unredacted version of insurance policy (.2); confer with M. Manning re same; Emails with M. Manning re proposed order (.2). | 0.40 | 995.00 | $398.00 |
| 12/02/2020 | MPK | RFS | Call with counsel for directors and officers regarding unredacted insurance policy (.1); call with K. Brown re same (.1); conference call with counsel and K. Brown to obtain unredacted policy (.1); emails to K. Brown and counsel regarding the same issue and related matters (.3); final revisions to statement of non-opposition and prepare for filing and service (.4); review proposed order and email to movant's counsel re same (.1) | 1.10 | 795.00 | $874.50 |

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355     -00001

Page:     13
Invoice 131817
February 22, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2020 | KHB | RFS | Emails and telephone call with counsel for Ds and Os re motion for stay relief and revisions to order (.4); confer and emails with M. Manning re same (.2). | 0.60 | 995.00 | $597.00 |
| 12/03/2020 | MPK | RFS | Call with K. Brown regarding concerns with proposed order (.1); emails to K. Brown and counsel for movants re same (.2); call to calendar clerk regarding proposed order (.1) | 0.40 | 795.00 | $318.00 |
| 06/29/2021 | KHB | RFS | Review D&O motion for stay relief re insurance policy (.3); emails with counsel for D&O re same (.2); emails with Trustee re same (.2). | 0.70 | 1225.00 | $857.50 |
| 07/06/2021 | MPK | RFS | Review RFS re insurance coverage; email to K. Brown re same. | 0.10 | 850.00 | $85.00 |
| 07/08/2021 | MPK | RFS | Draft statement of non-opposition to RFS motion. | 0.20 | 850.00 | $170.00 |
| 07/15/2021 | MPK | RFS | Review order and email to counsel for movants re same. | 0.20 | 850.00 | $170.00 |
| | | | | 4.30 | | $3,947.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                **$96,419.50**

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:    14
Invoice 131817
February 22, 2023

---

### **Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 09/22/2020 | CC | Conference Call [E105] AT&T Conference Call, KHB | 5.38 |
| 09/24/2020 | CC | Conference Call [E105] AT&T Conference Call, KHB | 3.48 |
| 11/06/2020 | RS | Research [E106] Clas Information Services, Inv. # 398163-6072, PJ | 438.00 |
| 11/17/2020 | CC | Conference Call [E105] AT&T Conference Call, KHB | 2.11 |
| 12/01/2020 | LN | 77355.00001 Lexis Charges for 12-01-20 | 8.94 |
| 12/02/2020 | PO | Postage [E108] Postage, SF Mail Log | 0.50 |
| 12/02/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/14/2020 | LN | 77355.00001 Lexis Charges for 12-14-20 | 13.59 |
| 12/14/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/14/2020 | RE2 | SCAN/COPY ( 128 @0.10 PER PG) | 12.80 |
| 12/14/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/28/2020 | CC | Conference Call [E105] AT&T Conference Call, KHB | 10.97 |
| 01/19/2021 | PO | Postage [E108] Postage | 6.00 |
| 01/19/2021 | RE2 | SCAN/COPY ( 120 @0.10 PER PG) | 12.00 |
| 01/19/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/19/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 01/19/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/19/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/17/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 03/23/2022 | LN | 77355.00001 Lexis Charges for 03-23-22 | 15.61 |
| 11/28/2022 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/28/2022 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 02/22/2023 | PAC | Pacer - Court Research | 44.10 |

**Total Expenses for this Matter**                    **$602.18**

Pachulski Stang Ziehl & Jones LLP
Schoenmann, E. Lynn (RealtySha
77355    -00001

Page:    15
Invoice 131817
February 22, 2023

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    02/22/2023

| | |
|---|---|
| **Total Fees** | **$96,419.50** |
| **Total Expenses** | **602.18** |
| **Total Due on Current Invoice** | **$97,021.68** |

**Outstanding Balance from prior invoices as of**    **02/22/2023**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| | | | | |

**Total Amount Due on Current and Prior Invoices:**    **$97,021.68**

**EXHIBIT B**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    Kenneth H. Brown (CA Bar No. 100396)
     Miriam Manning (CA Bar No. 178584)          Signed and Filed: September 22, 2020
2    PACHULSKI STANG ZIEHL & JONES LLP
     150 California Street, 15th Floor
3    San Francisco, California  94111-4500
     Telephone: 415/263-7000
4    Facsimile: 415/263-7010
     E-mail: kbrown@pszjlaw.com                   _____
5            mmanning@pszjlaw.com                 DENNIS MONTALI
                                                  U.S. Bankruptcy Judge
6    [Proposed] Counsel for E. Lynn Schoenmann,
     Chapter 7 Trustee

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   In re:                                   Case No.:  20-30621 DM

12   REALTYSHARES, INC.                       Chapter 7

13                                            **ORDER GRANTING APPLICATION
                                              OF THE CHAPTER 7 TRUSTEE FOR
14              Debtor.                        ORDER APPROVING EMPLOYMENT
                                              OF PACHULSKI STANG ZIEHL &
15                                            JONES LLP AS COUNSEL**

16                                            [No Hearing Required]

17

18          The Court has considered the *Application of the Chapter 7 Trustee for Order Approving*

19   *Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* (the "**Application**") filed by E.

20   Lynn Schoenmann, Chapter 7 Trustee (the "**Trustee**"), and the Declaration of Kenneth H. Brown in

21   support thereof filed on [Docket No. 19].  Based upon the record before the Court, it appears that

22   Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") does not hold or represent any interest adverse to

23   the estates in the matters on which it is to be employed, that PSZ&J is a disinterested person, that its

24   employment is in the best interest of the estates, and that no hearing on the Application is required.

25   Accordingly, it is hereby:

26          **ORDERED** that the Trustee is authorized to employ PSZ&J as its general bankruptcy

27   counsel herein on all matters identified in the Application, on the terms and conditions set forth

28   more fully in the Application, effective as of September 14, 2020.  In particular, the employment

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  arrangement approved herein contemplates that, subject to Court approval of an appropriate fee

2  application or applications by PSZ&J, the Trustee will compensate PSZ&J at its customary hourly

3  rates in effect from time to time and reimburse PSZ&J for its expenses according to its customary

4  reimbursement policies.

5

6  **END OF ORDER**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS_SF:104201.1 68700/000

# COURT SERVICE LIST

DOCS_SF:104201.1 68700/000

## **CERTIFICATION**

I, Kenneth Brown, declare as follows:

1.      I am a partner at Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to E. Lynn Schoenmann, the duly appointed trustee in the chapter 7 case of RealtyShares, Inc.

2.      I am familiar with and have read the above *Final Application for Compensation by Pachulski Stang Ziehl & Jones LLP* ("Application") and the facts therein are true to my knowledge and belief.  The copies of the billing statements set forth in Exhibit A are true and correct copies of PSZJ's billing statements for this case.

3.      PSZJ has not been paid or promised any compensation from any other source for services rendered in connection with this case.

4.      PSZJ has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5.      To the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California except to the extent set forth in the Application.

6.      This Application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

7.      The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by PSZJ and generally accepted by PSZJ's clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of February 2023 at San Francisco, California.

By:      */s/ Kenneth Brown*
_____
Kenneth Brown

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

ONE SANSOME STREET
34TH FLOOR, SUITE 3430
SAN FRANCISCO, CA 94104-4436

TELEPHONE: 415/263-7000

FACSIMILE: 415/263-7010

LOS ANGELES

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

DELAWARE

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: WWW.PSZJLAW.COM

Miriam Manning

February 23, 2023

415.217.5106
mmanning@pszjlaw.com

E. Lynn Schoenmann
Chapter 7 Trustee
35 Miller Avenue #298
Mill Valley, CA 94941

Re:    In re: RealtyShares, Inc.
       Chapter 7 Case No. 20-30621-DM

Dear Lynn:

Pursuant to U.S. Trustee Guidelines section 2.2.2, I have attached our firm's final fee application, along with its exhibits and supporting declaration. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The court will consider timely-filed objections by any party in interest at the time of hearing.

If the application meets with your approval, please sign the Trustee's Statement re: Review of Fee Application and send it back to me by email. Please contact me if you have any questions.

Very truly yours,

Miriam Manning

Enclosures

DOCS_SF:108529.1 77355/001

# TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION

## (U.S. Trustee Guidelines, ¶2.2.2)

I, E. Lynn Schoenmann, hereby certify that I have read the foregoing fee application of Pachulski Stang Ziehl & Jones LLP, attorneys for me as the Trustee in the foregoing bankruptcy case of RealtyShares, Inc., case number 20-30621, and I have no objections to that fee application or the fees and costs requested therein.

Date: 2/27/23

E. Lynn Schoenmann, Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA