Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: kbrown@pszjlaw.com
          mmanning@pszjlaw.com

Counsel for E. Lynn Schoenmann,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 20-30621 |
| REALTYSHARES, INC. | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  STATE OF CALIFORNIA      )
                             )

2  CITY OF SAN FRANCISCO    )

3       I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

5       On February 27th, 2023, I caused to be served the following documents in the manner stated below:

7    •   ***FINAL APPLICATION FOR COMPENSATION BY PACHULSKI STANG ZIEHL & JONES LLP***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **February 27, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

19      I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

20      Executed on February 27, 2023 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

## ECF/NEF List

- Bachecki, Crom & Co., LLP    JCrom@bachcrom.com
- Kenneth H. Brown    kbrown@pszjlaw.com, ocarpio@pszjlaw.com
- Loren Kieve    lk@kievelaw.com
- R. Adam Lauridsen    alauridsen@keker.com, efiling@kvn.com
- Shawn Scott Ledingham    sledingham@proskauer.com, shawn-ledingham-6912@ecf.pacerpro.com
- Miriam Manning    mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- E. Lynn Schoenmann    tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com

## SERVED VIA US Mail

| | | |
|---|---|---|
| Bankruptcy Administration Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services P.O. Box 13708 Macon, GA  31208-3708 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA