Form NFH

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: RealtyShares, Inc. | Case No.: 20–30621 DM 7 |
| Debtor(s) | Chapter: 7 |

**NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION(S) FOR COMPENSATION**

PLEASE TAKE NOTICE THAT E. Lynn Schoenmann, trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. Notice is also given that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 7 days before the date of the hearing, notwithstanding the deadline for objections in the accompanying Notice of Trustee's Final Report. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

| | |
|---|---|
| **DATE:** May 19, 2023 | **TIME:** 10:30 AM |
| **LOCATION:** Via Tele/Videoconference, www.canb.uscourts.gov/calendars | |

Dated: <u>4/18/23</u>

For the Court:

Edward J. Emmons
Clerk of Court United States Bankruptcy Court