

Signed and Filed: July 11, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: RealtyShares, Inc. | Case No.: 20-30621 DM |
| Debtor(s)/ | Chapter: 7 |

**ORDER REOPENING THE CASE**

On 7/10/2023, the Clerk's Office inadvertently closed the case in error.

In accordance with the above and good cause appearing, IT IS ORDERED that this case is REOPENED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients