# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | EDWARD FORST |
| intp | NAVJOT ATHWAL |
| intp | RS Lending, Inc. |
| intp | John Buttrick |
| intp | John Jarve |
| id | IIRR Management Services, LLC |

TOTAL: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | E. Lynn Schoenmann | tteeschoenmann@earthlink.net |
| tract | Bachecki, Crom & Co., LLP | JCrom@bachcrom.com |
| aty | E. Lynn Schoenmann | tteeschoenmann@earthlink.net |
| aty | Kenneth H. Brown | kbrown@pszjlaw.com |
| aty | Miriam Manning | mmanning@pszjlaw.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | R. Adam Lauridsen | alauridsen@keker.com |
| aty | Shawn Scott Ledingham, Jr | sledingham@proskauer.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | RealtyShares, Inc.   268 Bush St., #3932   San Francisco, CA 94104 |
| rspi | Lawrence Fassler   268 Bush St.   San Francisco, CA 94104 |
| cr | Wells Fargo Vendor Financial Services, LLC   Attn: Bankruptcy Administration   PO Box 13708   Macon, GA 31208−3708 |
| tract | Bachecki, Crom & Co., LLP   CERTIFIED PUBLIC ACCOUNTANTS   400 OYSTER POINT BLVD STE 106   SOUTH SAN FRANCISCO |
| sp | Loren Kieve   Kieve Law Offices   2655 Steiner St.   San Francisco, CA 94115 |
| 15191750 | Alhambra   PO Box 660579   Dallas, TX 75266−0579 |
| 15191751 | All Ways Advertising Company   1 Hewitt Square   East Northport, NY 11731 |
| 15191752 | Anatoc Media   PO Box 235   Mt. Vernon, NV 22121−0235 |
| 15191753 | Appraisal Nation   500 Gregson Drive   Cary, CT 27511 |
| 15191754 | Assure Fund Management III, LLC   P O Box 171305   San Francisco, CA 94117 |
| 15199281 | Bankruptcy Administration   Wells Fargo Vendor Financial Services,LL   c/o A Ricoh USA Program   P. 0. Box 13708   Macon, GA 31208−3708 |
| 15191755 | BiggerPockets.com   3344 Walnut Street   Denver, CO 80205 |
| 15191756 | Bing Ads   One Microsoft Way   Redmond, WA 98052−7329 |
| 15191757 | Bisnow   PO Box 781452   Philadelphia, AL 19178−1452 |
| 15191758 | California Department of Business Oversight   One Sansome Street   Suite 600   San Francisco, CA 94104−4428 |
| 15191759 | California Dept. of Tax and Fee Admin   Account Information Group MIC: 29   P. O. Box 942879   Sacramento, CA 94279−0029 |
| 15490536 | California Dept. of Tax and Fee Administration   Collections Support Bureau, MIC: 55   PO Box 942879   Sacramento, CA 942879−0055 |
| 15191760 | City and County of San Francisco   1 Dr. Carlton B. Goodlett Place   City Hall, Room 140   San Francisco, CA 94102 |
| 15191765 | CoStar   P.O. Box 791123   Baltimore, RI 21279−1123 |
| 15191761 | Cogent Communications   PO Box 791087   Baltimore, RI 21279−1087 |
| 15191762 | Connery Consulting   135 Ward Street   Lakespur, CA 94939 |
| 15191763 | Corelogic   40 Pacifica   Irvine, CA 95618 |
| 15191764 | Corodata Shredding   PO Box 846137   Los Angeles, CA 90084−6137 |
| 15191766 | Deloitte   P.O. Box 844708   Dallas, TX 75284−4708 |
| 15191767 | Dependable Letterpress   1192 Illinois Street   San Francisco, CA 94107 |
| 15191768 | DroneBase   PO Box 8367   Pasadena, CA 91109−8367 |
| 15201868 | Edward C. Forst   9401 Wilshire Boulevard   Suite 608   United States   Beverly Hills, CA 90212 |
| 15191769 | Ellie Mae   PO Box 671453   Dallas, TX 75267−1453 |
| 15191770 | Employment Development Department   P O Box 826880 MIC 92 E   Sacramento, CA 94280−0001 |
| 15191771 | EricBowlin.com   3308 Sedona Lane   Plano, TX 75025 |
| 15196357 | FRANCHISE TAX BOARD   BANKRUPTCY SECTION MS A340   PO BOX 2952   SACRAMENTO CA 95812−2952 |
| 15368059 | FRANCHISE TAX BOARD   BANKRUPTCY SECTION MS A340   PO BOX 2952   SACRAMENTO CA 95812−2952 |
| 15191772 | FedEx   3965 Airways   Module G   Memphis, TN 38116 |
| 15191773 | First American Title   1 First American Way   Santa Ana, CA 92707 |
| 15191774 | Franchise Tax Board, Bankruptcy Section   MS A−340   P O Box 2952   Sacramento, CA 95812−2952 |

| | | | | |
|---|---|---|---|---|
| 15191775 | GitPrime | Suite 215 | Durango, CO 81301 | |
| 15191776 | Google AdWords | Dept. 33654 | San Francisco, CA 94139 | |
| 15208651 | Google LLC | White and Williams LLP, c/o Amy Vulpio | 1650 Market St., Suite 1800 | Philadelphia, PA 19103 |
| 15191777 | GrubHub Holdings Inc. | PO BOX 12470 | Newark, NJ 07101–3570 | |
| 15191778 | IIRR Management Services | 1 Bridget Plaza North | Suite 275 | Fort Lee, NJ 07024 |
| 15191779 | IIRR Management Services LLC | 1 Bridge Plaza North | Suite 275 | Fort Lee, NJ 07024 |
| 15191780 | Internal Revenue Service | P O Box 7346 | Philadelphia, PA 19101–7346 | |
| 15191781 | Invest Four More | 3305 70th Ave | Greeley, CO 80634 | |
| 15191782 | James Dahle c/o The White Coat Investor LLC | | Salt Lake City, UT 84152–0421 | |
| 15191783 | Jim Wang Enterprises | 8229 Hunterbrooke Ln | Fulton, RI 20759 | |
| 15191784 | Joe Pruscino c/o VMS Fund Administration LLC | | 300 Carnegie Center | Suite 200 | Princeton, NJ 08540 |
| 15191785 | Joseph Stampone | 226 Fifth Ave | New York, NY 10001 | |
| 15191786 | Kansei | 2309 Noriega Street | Suite #82 | San Francisco, CA 94122–4239 |
| 15219900 | Kansei Incorporated | 2309 Noriega St. #82 | San Francisco, CA 94122 | |
| 15191787 | Keker, Van Nest & Peters | 633 Battery Street | San Francisco, CA 94111–1809 | |
| 15191788 | Korn Ferry | P.O. Box 1450 | Minneapolis, MT 55485–5064 | |
| 15191789 | LexisNexis | 28544 Network Place | Chicago, IL 60673–1285 | |
| 15191790 | Linkedin Corporation | 62228 Collections Center Dr. | Chicago, IL 60693–0622 | |
| 15191791 | Listen Money Matters | 1024 Park Ave | Apt 3 | Hoboken, NJ 7030 |
| 15191792 | McMichael Taylor Gray, LLC | 22 Century Blvd | Suite 450 | Nashville, TN 37214 |
| 15191793 | Menlo Ventures | 2884 Sand Hill Road | Suite 100 | Menlo Park, CA 94025 |
| 15191794 | Michael S. Singer | P O Box 67327 | Chestnut Hill, MA 02467 | |
| 15231328 | Microsoft Corporation and Microsoft Online, Inc. a | | Fox Rothschild LLP, Attn: David P. Papiez | 1001 4th Ave. Suite 4500 | Redmond, WA 98154 |
| 15191795 | Microsoft Online | 6100 Neil Road | Reno, PA 89511 | |
| 15191796 | Moody's Analytics | P.O. Box 116714 | Atlanta, GA 30368–0597 | |
| 15191797 | Nav Athwal | 2165 Arlington Way | San Ramon, CA 94582 | |
| 15191798 | New Millennium Online Enterprises | Capitol View Credit Union | Des Moines, HI 50309–5155 | |
| 15191799 | New York State Department of Taxation and Fin | State Processing Center | Binghampton, NY 13902–4148 | |
| 15191800 | Opus Fund Services Bermuda, LLC | 500 E Diehl Road | Suite 100 | Naperville, IL 60563 |
| 15191801 | Outbrain | DEPT CH 17780 | PALATINE, IL 60055–7780 | |
| 15191802 | Pendo | PO Box 675082 | Detroit, MI 48267–5082 | |
| 15191803 | Peter Kim | 13050 W. North Icon Circle | Playa Vista, CA 90094 | |
| 15191804 | Physician on Fire LLC | 2265 Grand Resort Cir. | Cheboygan, MI 49721–8886 | |
| 15191805 | PlanOmatic | 2911 Walnut St. | Denver, CO 80205 | |
| 15191806 | RB40 Media | PO Box 8116 | Portland, OR 97207 | |
| 15191809 | REIS Services | 1185 Avenue of the Americas | New York, NY 10036 | |
| 15191812 | RS Servicing, LLC | 268 Bush Street | San Francisco, CA 94104 | |
| 15191807 | RealtyShare Advisors, LLC | 268 Bush Street | San Francisco, CA 94104 | |
| 15191808 | Registered Agent Solutions Inc | 1701 Directors Blvd | Austin, TX 78744 | |
| 15191810 | Ricoh | PO Box 650073 | Dallas, TX 75265–0073 | |
| 15191811 | Rinkor | 2600 Mendocino Ave. | Santa Rosa, CA 94503 | |
| 15191813 | Runscope.com | 1320 Ridder Park Drive | San Jose, CA 95131 | |
| 15191814 | Salvador Briggman | 10 Pemberton Trail | Plymouth, MA 02360 | |
| 15191815 | San Francisco Tax Collector – Unsecured Prope | P O Box 7427 | San Francisco, CA 94120–7427 | |
| 15191816 | Schwab Compliance Technologies | 150 S. Wacker Drive | Chicago, IL 60606 | |
| 15191817 | Seamless.com | c/o GrubHub | 111 W Washington St #2100 | Chicago, IL 60602 |
| 15191818 | Segment | Dept. LA 24676 | Pasadena, CA 91185–4676 | |
| 15191819 | SendGrid | 889 Winslow Street | Redwood City, CA 94063 | |
| 15191820 | Stamps.Com | 1990 E. Grand Ave | El Segundo, CA 90245–5013 | |
| 15191821 | SuperMoney | 3100 S. Harbor Blvd. | Santa Ana, CA 92704 | |
| 15231488 | TPC Note Acquisition, LLC | c/o Douglas M. Evans | 65 Memorial Road, Suite 300 | West Hartford, CT 06107 |
| 15207142 | The College Investor LLC | 2514 Jamacha Rd, Ste 502 | PMB 75 | El Cajon, CA 92019 |
| 15191822 | The College Investor LLC | 2514 Jamacha Road | El Cajon, CA 92019 | |
| 15191823 | Thomson Reuters (GRC) Inc | PO Box 412197 | Boston, MA 02241–2197 | |
| 15191824 | Thomson Reuters (Tax & Accounting) Inc | PO Box 6016 | Carol Stream, IL 60197–6016 | |
| 15191825 | Tresvista Financial Services PTE. LTD. | 100 Cecil Street | Singapore, 069532 | |
| 15191826 | Triplepoint Capital LLC | 2755 Sand Hill Road | Suite 150 | Menlo Park, CA 94025 |
| 15191827 | True North Brand Group | P.O. Box 176 | Hingham, MA 2043 | |
| 15202664 | True North Brand Group, Inc | PO Box 176 | Hingham, MA 02043 | |
| 15191828 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street, Suite 900 | Los Angeles, CA 90071–9591 |
| 15191829 | Webpals c/o Escalon Services Inc | 2345 Yale Street | 1st Floor | Palo Alto, CA 94306 |
| 15191830 | Well Kept Wallet | 20212 N. 9th Street | Phoenix, AZ 85024 | |
| 15199848 | Wells Fargo Vendor Financial Services, LLC | c/o WFVFS – Bankruptcy | PO Box 13708 | Macon GA 31208 |
| 15191831 | Westcor Land Title Insurance Company | 875 Concourse Parkway S. | Maitland, FL 32751 | |
| 15191832 | Wilson Sonsini Goodrich & Rosati's | P.O. Box 742866 | Los Angeles, CA 90074–2866 | |
| 15191835 | ZFerral, Inc Sba Ambassador Software | 301 W. Fourth St | Royal Oak, MI 48067 | |
| 15191833 | Zendesk Inc. | 1019 Market Street | San Francisco, CA 94103 | |
| 15191834 | ZeroCater, Inc. | 115 Stillman St. | San Francisco, CA 94107 | |

TOTAL: 103